IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELISSA AKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-02471-KHV |
| WATCO COMPANIES, LLC., | ) |
| Defendant. | ) |

## AGREED ORDER

Upon agreement of the parties in the above case, the court hereby orders the Kansas Human Rights Commission (KHRC) to release all records in its possession concerning *Melissa Akins v. Watco Companies, LLC*, KHRC Docket No. 40796-19; Case No. 2:19-cv-02471 (EEOC Charge No. 563-201 9-0038), including, but not limited to, any and all correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto. It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC legal staff. The KHRC shall allow copies of the disclosable documents to be made at the expense of the parties requesting such production.

IT IS SO ORDERED.

Dated October 29, 2019, at Kansas City, Kansas.

                                                     s/ James P. O'Hara
                                                   James P. O'Hara
                                                   U.S. Magistrate Judge